PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:   (818) 883-4900
Fax:         (818) 883-4902
Email:       peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:   (213) 599-8255
Fax:         (213) 402-3949
Email:       lonnieblanchard@gmail.com

Attorneys for Plaintiff Elizabeth Larroque

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Elizabeth Larroque, an individual, on behalf of herself and all others similarly situated, | 3:15-CV-04684-JSC |
|---|---|
| Plaintiff, | [Proposed] Order re Request to Appear Telephonically at Motion to Stay |
| vs. | |
| First Advantage LNS Screening Solutions, Inc., and Does 1 through 10, | |
| Defendants. | |

Having reviewed the request to appear telephonically to the Motion to Stay held on January 7, 2015 at 9:00 a.m., the request is granted. ~~The clerk shall provide instructions to Plaintiffs' counsel regarding the call-in procedure~~. Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: December 22, 2015

*/s/ Jacqueline Scott Corley*
HONORABLE JACQUELINE SCOTT CORLEY

**Order on Request to Appear Telephonically at Motion to Stay**

1