1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
3  21550 Oxnard Street, Suite 900
   Woodland Hills, California 91367
4  Telephone:    (818) 883-4900
   Fax:          (818) 883-4902
5  Email:        peter@dion-kindemlaw.com

6  LONNIE C. BLANCHARD, III (SBN 93530)
7  THE BLANCHARD LAW GROUP, APC
   3311 East Pico Boulevard
8  Los Angeles, CA 90023
   Telephone:    (213) 599-8255
9  Fax:          (213) 402-3949
   Email:        lonnieblanchard@gmail.com
10

11 Attorneys for Plaintiff Elizabeth Larroque

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Elizabeth Larroque, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>First Advantage LNS Screening Solutions, Inc., and Does 1 through 10,<br><br>Defendants. | 3:15-CV-04684-JSC<br><br>[~~Proposed~~] Order re Request to Appear Telephonically at Case Management Conference<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date: June 16, 2016<br>Time: 1:30 p.m.<br>Courtroom: F – 15th Floor |
|---|---|

Having reviewed the request to appear telephonically to the Case Management Conference held on June 16, 2015 at 1:30 p.m., the request is granted. ~~The clerk shall provide instructions to Plaintiffs' counsel regarding the call-in procedu~~re.  Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: May _26_, 2015

_____
HONORABLE JACQUELINE SCOTT CORLEY

[~~Proposed~~] Order re Request to Appear Telephonically at Case Management Conference

1